[Civ. No. 2502. Second Appellate District.—July 29, 1918.]

## R. M. BEKINS, Appellant, v. ELLA SMITH, etc., Respondent.

APPEAL—ORDER DENYING MOTION TO STRIKE OUT STAY BOND—DISPOSITION OF MAIN APPEAL—MOOT QUESTION.—An appeal from an order denying a motion to strike out an undertaking on appeal staying execution and to vacate the stay will be dismissed, as involving questions of only abstract interest, where the appeal from the judgment in the main case has been determined, and the action of the appellate court thereon has become final.

APPEAL from an order of the Superior Court of Los Angeles County denying a motion to strike out an undertaking on appeal staying execution and to vacate the stay. Fred H. Taft, Judge.

The facts are stated in the opinion of the court.

Winslow P. Hyatt, and David G. Kling, for Appellant.

R. D. McLaughlin, J. B. McLaughlin, and Earl Rogers, for Respondent.

THE COURT.—In this action plaintiff had judgment in the court below and defendant Ella Smith appealed. An undertaking was given to stay execution and a stay followed. Plaintiff moved to strike out the undertaking and vacate the stay. That motion was denied and this appeal was then taken. The appeal in the main case has been determined by this court and the judgment of the lower court reversed. (*Bekins* v. *Smith et al., ante,* p. 222, [174 Pac. 96].) The judgment made on determining that appeal has become final. It would serve no purpose affecting the rights of the parties litigant to now take up the questions discussed as to the validity of the stay bond given in the case. Such questions have become of mere abstract interest. (*Adams* v. *Prather et al.,* 176 Cal. 164, [167 Pac. 867].)

The appeal is dismissed.